UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD PAUL SMITH,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DEAN BORDERS, Warden,<br><br>　　　　　　Respondent. | Case No. EDCV 17-2156 JLS(JC)<br><br><br>JUDGMENT |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: November 20, 2017

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE